### FT. MILLER PULP & PAPER CO. v. BRATT et al.

(Supreme Court, Appellate Division, Third Department.   May 8, 1907.)

Appeal from Special Term.

Foreclosure proceedings by the Ft. Miller Pulp & Paper Company against Fred A. Bratt and another, as executors, etc., of Robert Payne, deceased, and others.   From an interlocutory judgment upon demurrer, which sustained the demurrer to the answers of the executors, and overruled the demurrer to the answers of the other defendants, but limited the effect and application of their answers, all the defendants and plaintiff appeal.   Interlocutory judgment sustaining the demurrer to the answers of the executors reversed, and demurrer overruled.   Interlocutory judgment as to the other defendants modified, and, as so modified, affirmed.

Argued before SMITH, P. J., and CHESTER, KELLOGG, COCHRANE, and SEWELL, JJ.

PER CURIAM.   Same judgment ordered as in action No. 2.   104 N. Y. Supp. 350.